UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-83-F

IN RE:

FOUR COUNT INDICTMENT : ORDER TO UNSEAL INDICTMENT
OF JULY 2, 2012

FILED IN OPEN COURT
ON 7/12/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

Upon motion of the United States of America, and for good cause shown, the above captioned Indictment is hereby ORDERED to be unsealed by the Clerk of the United States District Court for the Eastern District of North Carolina.

This 12 day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE